HARRIETT HOPKINS, Respondent, v. ROBERT K. MABEE, SR., Appellant.

Present — Marsh, J. P., Gabrielli, Moule, Cardamone and Henry, JJ.